**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EDUARDO VALENCIANO-AGUIRRE,<br><br>        Defendant. | Case No.: 19CR02381-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR02381-DMS against defendant EDUARDO VALENCIANO-AGUIRRE be, and hereby is, dismissed;

IT IS SO ORDERED.

Dated: July 10, 2019

_____
Hon. Dana M. Sabraw
United States District Judge